10-0354

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| James G. Mooney | Case No. 10-70626 |
| | Honorable Manuel Barbosa |
| Debtor(s). | |

### RESPONSE TO TRUSTEE'S NOTICE OF CURE

Now comes BAC HOME LOANS SERVICING LP, ("BAC"), by its attorneys, Noonan and Lieberman, and as Response to the Trustee's Notice of Cure of All Pre-Petition Mortgage Obligation, states as follows:

There remains a one month post-petition default of $1,268.36 for the May, 2011 mortgage payment.

BAC HOME LOANS SERVICING LP

By: /s/ Stephen C. Needham
Stephen C. Needham
Noonan & Lieberman Ltd.
105 West Adams, Suite 1100
Chicago, Illinois 60603
(312) 431-1455

## CERTIFICATE OF SERVICE

      I, Stephen C. Needham, certify that I served a copy of foregoing *Response to Trustee's Notice Of Cure,* to the addresses listed below by electronic notice through ECF or by, by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the U.S. mailbox located at 105 W, Adams Street, Chicago, Illinois 60603, this 20th day of May, 2011.

                        /s/   Stephen C. Needham


**James George Mooney**
1619 Knoll Ave.
McHenry, IL 60050
*Debtor*
*Via regular U.S. Mail*

**Jason K. Nielson**
Geraci Law, LLC
55 E. Monroe St., Ste #3400
Chicago, IL 60603
*Debtor's Counsel*
*Via ECF*

**Lydia Meyer**
Ch. 13 Trustee
P.O. Box 14127
Rockford, IL 61105-4127
*Via ECF*

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715
*Via ECF*